(Name) BERIHU HADERA FKADU

(Address) 3102 E. HIGHLAND AVENUE, UNIT 01

(City, State, Zip) PATTON, CA 92369

(CDC Inmate No.) 1551332

FILED
2007 NOV -5 PM 3:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓  ProSe ___

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

BERIHU HADERA FKADU

Plaintiff,

v.

1/ DOCTORS OF GEORGE BAILEY JAIL (AND THE OLD S.D.C.J.)
2/ SAN DIEGO COUNTY GEORGE BAILEY JAIL'S DEPUTIES, & OR DEPUTIES' SHERIFF.

(Enter full name of each defendant in this action.)

Defendant(s).

07CV 2116 JM CAB

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff,

_____, who presently resides at _____,
(print Plaintiff's name)

_____, were violated by the actions
(mailing address or place of confinement)

of the below named individuals. The actions were directed against Plaintiff at

_____ on (dates) _____, _____, and _____.
(institution/place where violation occurred)         (Count 1)    (Count 2)    (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant DOCTORS OF GEORGE BAILEY JAIL (AND THE OLD S.D.C.J.) resides in 446 ALTA RD. SUITE 5200, S.D., CA 92158
(name)                                                                                                  (County of residence) SAN DIEGO
and is employed as a PSYCH DOCTORS OF THE 2 JAILS. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: THE DOCTORS OVER MEDICATED ME BY STUPOR MAKER AND DANGEROUS DISEASES CREATOR DRUG CALL RISPERIDAL. AS A RESULT, I HAVE DIABETICS, PARKINSONISM, LOW WHITE BLOOD CELLS, LOW PROTEIN, ETC..

Defendant DEPUTIES OF GEORGE BAILEY JAIL resides in 446 ALTA RD., SUITE 5200, S.D., CA92158
(name)                                                                                      (County of residence) SAN DIEGO
and is employed as a DEPUTIES OF GEORGE BAILEY JAIL. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: GROUP OF ABOUT 7 TO 10 DEPUTIES BADLY BEAT ME UP WHILE I WAS IN HIGH DOSES AND ABUSIVE DRUG, RISPERIDAL. AS A RESULT, I HAVE TEETH DAMAGES THAT I NEED TREATMENTS.

Defendant NONE — resides in                                                                    ,
(name)                                                          (County of residence)
and is employed as a                                          . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant NONE — resides in                                                                    ,
(name)                                                          (County of residence)
and is employed as a                                          . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: ALL OF THE LISTED BELOW.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

BRIEFLY, THE SAN DIEGO COUNTY'S JAILS DOCTORS BUT MAINLY GEORGE BAILEY JAIL'S DOCTORS HAD OVER MEDICATED ME BY HIGH DOSES AND STUPOR MAKER AND DISEASES CREATOR DRUG, RISPERIDAL. AS A RESULT, I HAVE BEEN SUFFERING FOR MANY YEARS BY PHYSICAL DAMAGES SUCH AS BY DIABETES, PARKINSONISM, LOW WHITE BLOOD CELLS, LOW PROTEIN, TEETH DAMAGES, ETC... AND THEN I AM UNABLE TO STOP THE ABUSES BY THE DRUGS. i.e. I AM STILL SUFFERING BY HIGH DOSES AND ABUSIVE FORCE DRUGS SINCE EARLY 1995. OR I HAVE BEEN TAKING THE TORTUROUS DRUGS SINCE THE TIME THE GEORGE BAILEY AND THE OLD SAN DIEGO CENTRAL JAILS' DOCTORS STARTED THE DRUG(S) IN EARLY 1995.

Count 2: The following civil right has been violated: <u>ALL OF THE LISTED BELOW.</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

IN SHORT, ABOUT 7 TO 10 SANDIEGO COUNTY GEORGE BAILEY JAIL'S DEPUTIES BEAT ME UP, AND I WAS ALL BLOODY MY FACE AND TEETH. AS A RESULT, I HAVE TWISTED TEETH. AND THEN THE UNFAIR AND UNJUST DEPUTIES TIED ME UP, WITH CHAIR NAKED, FOR ABOUT 5 HOURS IN BAD ROOM AND PUT ME ON GREEN UNIFORM. THEY (THE GEORGE BAILEY JAIL'S DEPUTIES) AND THE OLD CENTRAL JAIL DEPUTIES HAVE BEEN MOCKING AND TORTURING ME FOR YEARS.

FOR THE RECORD, I HAVE BEEN FACING VARIOUS MISCONDUCTS I REVEAL BECAUSE OF THE SANDIEGO TWO PREJUDICE WHITE POLICE'S FALSIFIED AND EXAGGERATED CHARGES, IN DECEMBER 31, 1994, AND THEN I HAVE FACED WRONG CONVICTION AND WRONG SENTENCE BY WHITE JUDGE OR BY ALL WHITE COURTROOM IN FEBRUARY 1996.

Count 3: The following civil right has been violated: <u>NONE</u>
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

NONE —

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: BERIHU HADERA FKADU
Defendants: SAN DIEGO CITY MAYOR & THE CITY OF S.D.P.D. & S.D. POLICE'S CHIEF.

(b) Name of the court and docket number: HERE, IN U.S. DISTRICT COURT, 880 FRONT STREET, ROOM 4290, SAN DIEGO, CA 92101-8900, NO DOCKET # YET

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] STILL PENDING

(d) Issues raised:
1. SOUGHT FOR CONSIDERATION TO GET A THOROUGH INVESTIGATION IN ORDER TO GET RELEASED JUSTLY.
2. SOUGHT IN THE SUM OF $24.6 MILLIONS FOR DAMAGES, PUNITIVE DAMAGES AND FOR OTHER.

(e) Approximate date case was filed: OCTOBER 18, 2007

(f) Approximate date of disposition: UNKNOWN OR STILL PENDING

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
I HAD ATTEMPTED TO GET LAW SUIT FORMS FROM THE SAN DIEGO COUNTY SUPERIOR COURT'S CLERK LOCATED AT 220 WEST BROADWAY, SAN DIEGO, CA 92101, PHONE NUMBER (619) 531-4420. BUT THE CLERK OF THE SUPERIOR COURT FAILED TO SEND ME THE LAW SUIT FORMS. I HAVE SENT A COPY OF MY LETTER TO THE CLERK THAT WRITTEN AND SENT, IN OCTOBER 3, 2007.
SINCE ENGLISH IS MY THIRD LANGUAGE, I APOLOGIZE FOR ANY ENGLISH GRAMMAR ERRORS THERE MAY BE.
I DECLARE UNDER OATH OF PENALTY OF PERJURY AND LIE DETECTOR THAT THE FOREGOING IS CORRECT AND TRUE.

§ 1983 SD Form
(Rev. 5/98)

6

::ODMA\PCDOCS\WORDPERFECT\22834\1

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): I AM SEEKING FOR CONSIDERATION FROM THIS HONORABLE U.S. DISTRICT COURT FOR RELIEF.

2. Damages in the sum of $ 5 MILLIONS.

3. Punitive damages in the sum of $ 3 MILLIONS.

4. Other: $4.6 MILLIONS.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

OCTOBER 27, 2007
Date

_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1

Page 1
October 12, 2007

To Thomas Lim, Patton unit 01's Psychiatric doctor
3102 E. highland avenue,
Patton, CA 92369.

<u>AGAIN, I AM SEEKING FOR CONSIDERATION TO IMMEDIATELY RELIEF FROM THE VERY, VERY DANGEROUS DISEASES CREATOR DRUGS THAT I HAVE BEEN TAKING BY FORCE UNBELIEVABLY SINCE EARLY 1995 UP TO CURRENT TIME, PLEASE.</u>

My name is Berihu Hadera Fkadu. Birth date September 11,1968, SSN=488.06.1848
   Since I am taking badly abusive drugs, I am requesting subtly to immediately stop the drugs. Because of the abuses by the drugs, I have eyes vision blindness by 300 mg Seroquel by bull shittor and racist and idiot Jew harasser doctor namely G. Otanez, and I have diabetics, parkinsonism, low white blood cells, low protein, and my body changed from athletic to fat and lost weights. I used to take Risperidal, Haldol, Zyprexa, etc…And I have broken tooth by set up box by asshole doctor namely kamson at Patton unit 37 by putting me first on high doses and or many abusive drugs such as 200 mg Haldol( haloperidol) injection and Resperidal and Depekote and Abilify and Advan and cogentin and so on. I have twisted teeth too. And at Patton, no treatment for the injuries, etc. at all.

   I know many dangerous patients who do not take the drugs. So why do I have to suffer by the torturous drugs while I am peaceful, peace-seeker, peace-maker and righteous Christian and or Church edifier and comforter and courageous or true prophet? Or while I am an evangelist or good news bringer.

   For example, because of the very bad drugs and bizarre reproaches and bad starvations and gross neglects and bias and very, very blind discriminations by various white gangs based on my color, race, national origin, political views, hetero-sexuality and Christianity, I have attempted suicide at least three times within three months, from June 2007 until September 2007, at Patton in very, very bad unit 37 (Program 4).

NOTICE: I have falsified and exaggerated charges by two racist San Diego white Police, in December 31,1994, and then I have wrong conviction and wrong sentence by white judge.

   More over, I have conspired false charges by racist white Conreps' employees. For example, I have false AWOL and false threat and none drug complaint charges. Mainly the unexplainably bull-shittor and poisonous(by various ways) and open gay harasser and secretive murderer doctor namely Donald William has been madly persecuting me (since 1998) directly and indirectly while I was in San Diego Conrep for about 2 years. And others at least three of them who were persecuting me badly God punished them, got fired from the Conrep.

Page 3 on drugs 3 10·12·2007, Lim

9/ "The LORD your God will make you the leader among the nations and not follower; you will always prosper and never fail if you obey faithfully all His commands that I am giving you today (Deuteronomy 28:13)."
10/ " God's curse on anyone who deprive foreigners, orphans, and widows of their rights (Deuteronomy 27:19)." 11/ " He said: "Listen, king Jehoshaphat and all who live in Judah and Jerusalem! This is what the LORD says to you: 'Do not be afraid or discouraged because of this vast army. For the battle is not yours, but God's (2 Chronicle 20:15)."12/ "The LORD said to Samuel, "Do not consider his appearance or his height, for I have rejected him. The LORD does not look at things man looks at. Man looks at the out ward appearance, but the LORD looks at the heart (Samuel 16:7)." Surely God is very, very good to those who are pure in heart!

Dr. Thomas Lim(at Patton unit 01), also has been abusing me by the current shockingly bad and high doses drugs of 30 mg Abilify and by the bizarre situation drug call Klonopin. He even failed to lower the high doses drugs. This computerized drug, Klonopin, bothers my sleeping systems, it makes me sleep in the bad and or force mall group times. And he (Lim) repeatedly failed to stop the abusive drugs when I requested him in various writings (typed in the computer letters). And only certain people close and open the computer to get it(the secretive Klonopin). For example, I usually see one intelligent staff namely Archie Adu-poku, Ganan American, not allowed to open himself the computer and so always he must ask another person to open and get the drug. I have been facing various abuses by the drugs unbelievably and unexplainably since early 1995 instead of getting released in fair justice like other Police's and Conreps' victims have been doing.

And I have requested to Patton's Program 6 Director, Harry Orel and Patton's executive Director, Octavio Carlos Luna in order to stop the abusive drugs but they failed.

For about 12 years, from early 1996 up to May 2007, I have been consistently very peaceful. I have never been in said restraint and or never pull my I.D. card. Or I have never been in any fight. However, at Patton west side in unit 27, my former roommate, a double murderer and a former boxer, fought me once for no cause simply by staffs' or doctors' set ups, in 2002. The frauds were training him by over feeding him and worshipping him but they were under feeding me and I was taking stupor maker and high doses drug call Risperidal(6mg) but he was taking only 50 mg Seroquel (but I was taking 300 mg Seroquel at Patton unit 35 and in unit 27 and in San Diego central jail). In short, because of the Almighty God, I have escaped a lot of conspired and or set up attacks in three counties by doctors putting me on bad drugs first. And from May 2007 up to September, 2007 fraud doctors, etc.. changed my life by the torturous drugs and by setting me up and pressure me to fight and then I started to fight for the first time in order to stop the diseases creator drugs and the set up attacks.

Page 1
October 12, 2007

<u>Edited for 2nd time.</u>
To Patton Patient's Rights Advocate,
   Deb Smith-Alexander
   3102 E. highland avenue,
   Patton, CA 92369.

<u>AGAIN, I AM SEEKING FOR CONSIDERATION TO IMMEDIATELY RELIEF FROM THE VERY, VERY DANGEROUS DISEASES CREATOR DRUGS THAT I HAVE BEEN TAKING BY FORCE UNBELIEVABLY SINCE EARLY 1995 UP TO CURRENT TIME, PLEASE.</u>

My name is Berihu Hadera Fkadu. Birth date September 11,1968, SSN=488.06.1848
   Since I am taking badly abusive drugs, I am requesting subtly to immediately stop the drugs. Because of the abuses by the drugs, I have eyes vision blindness by 300 mg Seroquel by bull shittor and racist and idiot Jew harasser doctor namely G. Otanez, and I have diabetics, parkinsonism, low white blood cells, low protein, and my body changed from athletic to fat and lost weights. I used to take Risperidal, Haldol, Zyprexa, etc…And I have broken tooth by set up box by asshole doctor namely kamson at Patton unit 37 by putting me first on high doses and or many abusive drugs such as 200 mg Haldol( haloperidol) injection and Resperidal and Depekote and Abilify and Advan and cogentin and so on. I have twisted teeth too. And at Patton, no treatment for the injuries, etc. at all.

   I know many dangerous patients who do not take the drugs. So why do I have to suffer by the torturous drugs while I am peaceful, peace-seeker, peace-maker and righteous Christian and or Church edifier and comforter and courageous or true prophet? Or while I am an evangelist or good news bringer.

   For example, because of the very bad drugs and bizarre reproaches and bad starvations and gross neglects and bias and very, very blind discriminations by various white gangs based on my color, race, national origin, political views, hetero-sexuality and Christianity, I have attempted suicide at least three times within three months, from June 2007 until September 2007, at Patton in very, very bad unit 37 (Program 4).

NOTICE: I have falsified and exaggerated charges by two racist San Diego white Police, in December 31,1994, and then I have wrong conviction and wrong sentence by white judge.

   More over, I have conspired false charges by racist white Conreps' employees. For example, I have false AWOL and false threat and none drug complaint charges. Mainly the unexplainably bull shittor and poisonous(by various ways) and open gay harasser and secretive murderer doctor namely Donald William has been madly persecuting me (since 1998) directly and indirectly while I was in San Diego Conrep for about 2 years. And others at least three of them who were persecuting me badly God punished them, got fired from the Conrep.

Page 3 on drugs 10, 12, 07 B Alexander

9/ "The LORD your God will make you the leader among the nations and not follower; you will always prosper and never fail if you obey faithfully all His commands that I am giving you today (Deuteronomy 28:13)."
10/ " God's curse on anyone who deprive foreigners, orphans, and widows of their rights (Deuteronomy 27:19)." 11/ " He said: "Listen, king Jehoshaphat and all who live in Judah and Jerusalem! This is what the LORD says to you: 'Do not be afraid or discouraged because of this vast army. For the battle is not yours, but God's (2 Chronicle 20:15)."12/ "The LORD said to Samuel, "Do not consider his appearance or his height, for I have rejected him. The LORD does not look at things man looks at. Man looks at the out ward appearance, but the LORD looks at the heart (Samuel 16:7)." Surely God is very, very good to those who are pure in heart!

Dr. Thomas Lim(at Patton unit 01), also has been abusing me by the current shockingly bad and high doses drugs of 30 mg Abilify and by the bizarre situation drug call Klonopin. He even failed to lower the high doses drugs. This computerized drug, Klonopin, bothers my sleeping systems, it makes me sleep in the bad and or force mall group times. And he (Lim) repeatedly failed to stop the abusive drugs when I requested him in various writings (typed in the computer letters). And only certain people close and open the computer to get it(the secretive Klonopin). For example, I usually see one intelligent staff namely Archie Adu-poku, Ganan American, not allowed to open himself the computer and so always he must ask another person to open and get the drug. I have been facing various abuses by the drugs unbelievably and unexplainably since early 1995 instead of getting released in fair justice like other Police's and Conreps' victims have been doing.

And I have requested to Patton's Program 6 Director, Harry Orel and Patton's executive Director, Octavio Carlos Luna in order to stop the abusive drugs but they failed.

For about 12 years, from early 1996 up to May 2007, I have been consistently very peaceful. I have never been in said restraint and or never pull my I.D. card. Or I have never been in any fight. However, at Patton west side in unit 27, my former roommate, a double murderer and a former boxer, fought me once for no cause simply by staffs' or doctors' set ups, in 2002. The frauds were training him by over feeding him and worshipping him but they were under feeding me and I was taking stupor maker and high doses drug call Risperidal(6mg) but he was taking only 50 mg Seroquel (but I was taking 300 mg Seroquel at Patton unit 35 and in unit 27 and in San Diego central jail). In short, because of the Almighty God, I have escaped a lot of conspired and or set up attacks in three counties by doctors putting me on bad drugs first. And from May 2007 up to September, 2007 fraud doctors, etc.. changed my life by the torturous drugs and by setting me up and pressure me to fight and then I started to fight for the first time in order to stop the diseases creator drugs and the set up attacks.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Berihu Hadera Fkadu

2254  1983

FILING FEE PAID
Yes ___  No ✓

IFP MOTION FILED
Yes ___  No ✓

COPIES SENT TO
Court ✓  Probe ___

**DEFENDANTS**

11 Doctors

FILED
2007 NOV -5 PM 3:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   San Bernardino
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Berihu Hadera Fkadu
3102 E. Highland Avenue Unit 1
Patton, CA 92369
1551332

**ATTORNEYS (IF KNOWN)**

'07 CV 2116 JM   CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   November 5, 2007

SIGNATURE OF ATTORNEY OF RECORD
R. Miller