AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BERIHU HADERA FKADU,

V.

**JUDGMENT IN A CIVIL CASE**

SAN DIEGO COUNTY, ET AL

**CASE NUMBER:**    07cv2116-JM(CAB)

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court  hereby denies Plaintiff's Motion to Proceed In Forma Pauperis  pursuant to 28 U.S.C. § 1915(g) and dismisses the case without prejudice for failure to pay the full $250 civil filing fee required by 28 U.S.C. § 1914(a)......................................................................

| November 15, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON November 15, 2007