# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Berihu Hadera Fkadu

       V.       **AMENDED JUDGMENT IN A CIVIL CASE**

San Diego County, et al.

              **CASE NUMBER:** 07cv2116-JM(CAB)

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court hereby denies Plaintiff's Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(g) and dismisses the case without prejudice for failure to pay the full $350 civil filing fee required by 28 U.S.C. § 1914(a)..................................................................................................................
..................................................................................................................................................................

| November 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON November 27, 2007 |